**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | ) | Honorable Barry S. Schermer |
| | ) | |
| Patricia R. Jameson, | ) | Case No. 17-47895-399 |
| | ) | |
|       Debtor, | ) | Chapter 13     **Mtn. 26** |
| | ) | |
| James R. Jameson, | ) | |
| | ) | **ORDER** |
|       Co-Debtor, | ) | |
| | ) | |
| Specialized Loan Servicing LLC, | ) | **Hearing Date:  October 3, 2018** |
| | ) | **Hearing Time: 10:30 a.m.** |
|       Movant, | ) | **Objection Date:  September 26, 2018** |
| | ) | |
| vs. | ) | Scott Greenberg, Esq. |
| | ) | Sandberg Phoenix & von Gontard P.C. |
| Patricia R. Jameson, | ) | 600 Washington Avenue - 15th Floor |
| | ) | St. Louis, MO  63101-1313 |
| and | ) | (314) 231-3332 |
| | ) | |
| James R. Jameson, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Diana S. Daugherty, Esq., Trustee, | ) | |
| | ) | |
|       Respondents. | ) | |

**O R D E R**

    The Motion filed by Movant for relief from automatic stay to proceed with the foreclosure and to gain possession of real estate ("Motion") coming before the Court this date; proper notice to Debtor and Trustee having been afforded; the Court having found that relief from automatic stay pursuant to 11 U.S.C. 362(d) and 1301 is appropriate in that the Debtor and the estate have no equity in the real property described in the Motion (the "Real Property") and said Real Property is not necessary to an effective reorganization; the Court further finding that

cause exists for the relief granted including that Movant's interest in the Real Property at issue is not adequately protected; upon the record as a whole and for good cause shown, it is hereby:

**ORDERED**, that the stay of 11 U.S.C. Section 362(a) and 11 U.S.C. Section 1301 is hereby modified to permit Movant and/or its affiliated companies, successors or assigns to proceed with foreclosure upon and gain possession of the Real Property known and numbered as 2158 Parasol Dr., Chesterfield, Missouri 63017, and legally described as:

> LOT 305 OF MEADOWBROOK FARM PLAT 6. AS PER PLAT THEREOF RECORDED IN PLAT BOOK 161 PAGES 54 AND 55 OF THE ST. LOUIS COUNTY RECORDS.

and the estate's interest in said Real Property is hereby abandoned. Movant may proceed to take any and all reasonable and necessary steps to protect its interest in said Real Property and, further, may take such legal action consistent with its security documents and state law to gain possession of the Real Property and title thereto.

This Order shall be binding and remain in full force and effect irrespective of a conversion of this case to a different Chapter of the Bankruptcy Code. This Order shall become effective immediately upon entry by Court and shall not be subject to stay pursuant to Rule 4001. The Chapter 13 Trustee is directed to discontinue payment on all claims secured by the Real Property against which relief from the automatic stay is granted in this Order. The Trustee is directed to resume payment on such claims on notification pursuant to L.B.R. 3021-1 A.

All further relief prayed for by Movant is hereby **DENIED.**

DATED:  September 27, 2018  
St. Louis, Missouri  
lat

/s/ Barry S. Schermer  
Barry S. Schermer  
United States Bankruptcy Judge

Copies to:

Scott Greenberg, Esq.
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
Attorney for Movant

Charles Webb Taylor, Esq.
400 N. Fifth St., Ste. 110
St. Charles, MO  63301
Attorney for Debtor

Patricia R. Jameson
2158 Parasol Dr.
Chesterfield, MO  63017
Debtor

Diana S. Daugherty, Esq.
P.O. Box 430908
St. Louis, MO  63143
Chapter 13 Trustee

Office of the U.S. Trustee
111 S. Tenth Street, Room 6353
St. Louis, MO 63102